■ In the Matter of MARY E. COUNTRYMAN, Also Known as MARY E. CONLEY, Respondent, v WILLIS C. COUNTRYMAN, JR.,

Appellant. [9 NYS3d 904]—Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered December 23, 2013 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner custody of the subject children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Peradotto, Lindley, Valentino and DeJoseph, JJ.